```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KENNEDY INTERNATIONAL, INC.,

        Plaintiff(s),

        -against-

GIFT BAG LADY, et al.,

        Defendant(s).
-----------------------------------------------------------x

09 Civ. 9986 (PKC)

ORDER OF DISMISSAL

P. KEVIN CASTEL, U.S.D.J.

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                  P. Kevin Castel
                                                 United States District Judge

Dated:  New York, New York
           May 12, 2010